# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| Denah Kull, | CIVIL ACTION NO: |
| Plaintiff, | 3:09cv627 (WWE) |
| v. | |
| Jenny Craig, Inc. | |
| Defendants. | May 15, 2009 |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the Plaintiff, Denah Kull, hereby stipulates to a dismissal of the above-captioned matter. Such dismissal shall be with prejudice and without an award of attorney's fees or costs to either party.

RESPECTFULLY SUBMITTED
THE PLAINTIFF,

BY: _____
Peter Goselin ct16074
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2292
(860) 233-9821

## **CERTIFICATE OF SERVICE**

This is to certify that on May 15, 2009 a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
Peter Goselin